FILED

APR 14 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 05MJ1186-WVG |
|---|---|---|
| Plaintiff, | ) | JUDGMENT AND ORDER OF DISMISSAL OF COMPLAINT AND RECALL ARREST WARRANT |
| v. | ) | |
| JESUS ANDRES BECERRA-CECENA, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the ~~Indictment~~ Complaint in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: 4/14/15 .

HONORABLE WILLIAM V. GALLO
United States Magistrate Judge